

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2018

No. 04-18-00805-CV

**IN THE INTEREST OF E.M.T.**, et al Children,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00191
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court